# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0409
LT Case No. 16-2009-015160-AXXX

_____

DESHAWN GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Crystal M. Frusciante, of Crystal McBee Law Firm, P.A.,
Sunrise, for Appellant.

Ashley Moody, Attorney General and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____